■ ANWAR AL-NWIRAN, Individually and Doing Business as SAVE MORE MARKET, Appellant, v ANTHONY J. PARIS, Respondent and Third-Party Plaintiff. MANUEL FINEBERG et al., Third-Party Defendants-Respondents.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Nicholson, J. (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—Dismiss Complaint.) Present —Callahan, J. P., Boomer, Lawton, Boehm and Davis, JJ.